**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **ERIC ESPARZA,** | § § § | |
| Petitioner, | § § | |
| VS. | § § | Civil Case No. 4:23-CV-00390 |
| **BOBBY LUMPKIN,** | § § § | |
| Respondent. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the April 10, 2023 Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Peter Bray (Dkt. No. 7). Judge Bray made findings and conclusions and recommended that Esparza's federal habeas corpus petition (Dkt. No. 1) be dismissed with prejudice (Dkt. No. 7).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). On May 1, 2023, Petitioner filed objections (Dkt. No. 8).

In accordance with 28 U.S.C. § 636(b)(1)(C), the Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The Court has carefully considered de novo those portions of the M&R to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendations for plain error. Finding no error, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Judge Bray's M&R (Dkt. No. 7) is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) Petitioner's petition for writ of habeas corpus, (Dkt. No. 1), is **DISMISSED WITH PREJUDICE**.

It is SO ORDERED.

Signed on May 10, 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**